UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDISON RAUL DE LA CRUZ SAULA, *et al.*,

Plaintiffs,

-v-

OMTA TECH INC. *et al.*,

Defendants.

26 Civ. 3614 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On October 23, 2026 defendant Sahin Yildiz filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure. Dkt. 38. Under Rule 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. On October 28, 2026, defendants Omta Tech Inc. and Omer Tale answered. Dkt. 35.

Accordingly, it is hereby ORDERED that plaintiffs shall file any amended complaint by December 4, 2026. No further opportunities to amend will ordinarily be granted. If plaintiff does amend, by December 28, 2026, all defendants shall: (1) file an answer; (2) file a new motion to dismiss; or (3) submit a letter to the Court, copying plaintiffs stating that they rely on the previously filed motion to dismiss or answer.[1]

It is further ORDERED that if no amended complaint is filed, plaintiff shall file any opposition to the motion to dismiss by December 18, 2026. Defendants' reply, if any, shall be filed by December 28, 2026.

[1] If defendant files a new motion to dismiss or rely on its previous motion, plaintiff's opposition will be due 14 days thereafter, and defendant's reply, if any, will be due seven days after that.

The telephonic initial pretrial conference presently scheduled for November 19, 2026 is adjourned to January 13, 2027 at 11:30 a.m. The civil case management plan and joint letter are due by January 6, 2026.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: November 13, 2026
New York, New York